SEYFARTH SHAW LLP
Dana L. Peterson (State Bar No.: 178499)
Laura J. Maechtlen (State Bar No.: 224923)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
AKZO NOBEL PAINTS LLC (erroneously named as "The Glidden Company").

W.J. SMITH AND ASSOCIATES
William J. Smith (State Bar No.: 056116)
Shelley G. Bryant (State Bar No.: 222925)
Amanda B. Newell (State Bar No.: 251160)
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 432-0986
Facsimile: (559) 432-4871

Attorneys for Plaintiff
KEVIN R. VAN HORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. VAN HORN,<br><br>   Plaintiff,<br><br> v.<br><br>THE GLIDDEN COMPANY, a Delaware corporation, and DOES 1-20,<br><br>   Defendants. | Case No. 1:09-cv-01040-OWW-GSA<br><br>**STIPULATION TO AMEND EXPERT DISCLOSURE DATES SET FORTH IN OCTOBER 7, 2009 SCHEDULING CONFERENCE ORDER;**<br><br>**DECLARATION OF LAURA J. MAECHTLEN;**<br><br>**ORDER** |

1  Pursuant to the Court's October 7, 2009 Scheduling Conference Order, and the attached
2  declaration of Laura J. Maechtlen, defendant AKZO NOBEL PAINTS LLC, formerly known as
3  The Glidden Company d/b/a ICI Paints (erroneously named as "The Glidden Company") and
4  Plaintiff KEVIN VAN HORN hereby stipulate to the following amended dates for discovery in
5  this matter. None of the proposed dates will alter the Court's calendar in this matter.

**Disclosure of Expert Witnesses: April 15, 2010**

**Rebuttal/Supplemental Expert Disclosures: May 14, 2010**

**Deadline to complete all discovery: June 15, 2010**

DATED: March ___, 2010                         SEYFARTH SHAW LLP

                                               By:  /s/
                                                    Laura J. Maechtlen
                                               Attorneys for Defendant
                                               AKZO NOBEL PAINTS LLC.

DATED: March ___, 2010                         W.J. SMITH & ASSOCIATES

                                               By:  /s/
                                                    Shelley G. Bryant
                                               Attorneys for Plaintiff
                                               KEVIN R. VAN HORN.

PDF created with pdfFactory trial version www.pdffactory.com

# DECLARATION OF LAURA J. MAECHTLEN

I, Laura J. Maechtlen, declare as follows:

1. I am a partner with the law firm Seyfarth Shaw LLP, counsel of record for Defendant. I am licensed to practice law in California, am a member in good standing of the California State Bar and am admitted to practice before the U.S. District Court, Eastern District of California. I have personal knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.

2. The parties have met and conferred regarding the date for Plaintiff's deposition. The parties have agreed to April 1, 2010, however the deadline for disclosure of expert witnesses is currently April 1, 2010. Defendant requires the completion of Plaintiff's deposition prior to expert disclosures and, in turn, a short extension of time to ensure completion of the disclosure of rebuttal or supplemental experts, and expert witness designations. Plaintiff does not disagree.

3. The dates proposed in the parties Stipulation To Amend Discovery Dates will not alter the Court's calendar, as they do not seek alternative dates for court appearances or hearing dates. The parties request only a short 2-week continuance for certain discovery dates, to accommodate the parties schedules.

4. The parties are continuing to engage in informal settlement negotiations and have proposed mediation. The parties hope to participate in a mediation in the first week of April 2010. A short continuance of certain dates will allow the parties to conduct mediation prior to the deadline for expert discovery, which may allow the parties to direct resources toward mediation, instead of expert disclosures.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this 2nd day of March 2010 at San Francisco, California.

Laura J. Maechtlen

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Having considered the parties Stipulation To Amend Discovery Dates and the Declaration of Laura J. Maechtlen, the Court adopts the dates set forth in the Stipulation. The parties are directed to disclose all expert witnesses, in writing, on or before April 15, 2010. Any rebuttal or supplemental expert disclosures will be made on or before May 14, 2010. The parties are ordered to complete all discovery on or before June 15, 2010.

IT IS SO ORDERED.

DATED: __ March 9, 2010___          __/s/ OLIVER W. WANGER_____
                                    UNITED STATES DISTRICT JUDGE

SF1 28371063.1 / 67267-000002

4
STIPULATION TO AMEND EXPERT DISCLOSURE DATES
Case No. 1:09-cv-01040-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com