1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No.: 178499)
2  Laura J. Maechtlen (State Bar No.: 224923)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   AKZO NOBEL PAINTS LLC (erroneously named as "The Glidden Company").
6
   W.J. SMITH AND ASSOCIATES
7  William J. Smith (State Bar No.: 056116)
   Shelley G. Bryant (State Bar No.: 222925)
8  Amanda B. Newell (State Bar No.: 251160)
   2350 West Shaw Avenue, Suite 132
9  Fresno, California 93711
   Telephone:  (559) 432-0986
10 Facsimile:   (559) 432-4871

11 Attorneys for Plaintiff
   KEVIN R. VAN HORN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. VAN HORN, | Case No. 1:09-cv-01040-OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL AND OTHER RELATED DATE BY 90-DAYS** |
| v. | |
| THE GLIDDEN COMPANY, a Delaware corporation, and DOES 1-20, | Trial Date: September 28, 2010 |
| Defendants. | |

The parties to the above-captioned matter hereby request and stipulate to a continuance of the trial date in this case. Good cause exists for the continuance requested by the parties as set forth below:

---

STIPULATION TO CONTINUE TRIAL AND OTHER RELATED DATES
Case No. 1:09-cv-01040-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

1. The current trial date is September 28, 2010.

2. The parties are actively engaged in settlement negotiations.  The parties desire additional time to attempt to informally negotiate a settlement in advance of a mediation, which is currently set for April 14.

3. A continuance of the trial and other related dates by 90-days or more will allow the parties to further engage in settlement negotiations, and conduct mediation, prior to engaging in substantial additional discovery that is costly.   This will allow the parties to direct resources toward mediation, instead of expert discovery.

4. The parties request a 90-day extension of all pre-trial dates and the trial date.  The parties tentatively propose the following schedule, subject to the court's availability:

| | |
|---|---|
| **Expert Disclosure:** | **July 14, 2010** |
| **Rebuttal/Supplemental Expert Disclosures:** | **August 12, 2010** |
| **Discovery cut-off:** | **August 30, 2010** |
| **Non-dispositive motion:** | **September 13, 2010** |
| **Dispositive motion:** | **September 29, 2010** |
| **Settlement Conference:** | **September 15, 2010** |
| **Pretrial Conference:** | **November 29, 2010** |
| **Trial Date:** | **January 17, 2011** |

5. None of the parties will suffer any hardship as a result of the requested continuance.

DATED:  March 26, 2010				SEYFARTH SHAW LLP


				By:	/s/
					Laura J. Maechtlen
				Attorneys for Defendant
				AKZO NOBEL PAINTS LLC.

2
STIPULATION TO CONTINUE TRIAL AND OTHER RELATED DATES
Case No. 1:09-cv-01040-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED:  March 26, 2010 | W.J. SMITH & ASSOCIATES |

By: ___/s/_____
     Shelley G. Bryant
     Attorneys for Plaintiff
     KEVIN R. VAN HORN.

## ORDER

Having considered the parties Stipulation and Proposed Order to Continue Trial and Other Related Dates, the Court adopts the dates set forth in the Stipulation as follows:

| | |
|---|---|
| **Expert Disclosure:** | **July 14, 2010** |
| **Rebuttal/Supplemental Expert Disclosures:** | **August 12, 2010** |
| **Discovery cut-off:** | **August 30, 2010** |
| **Non-dispositive motion:** | **September 13, 2010** |
| **Dispositive motion:** | **September 29, 2010** |
| **Settlement Conference:** | **September 15, 2010** |
| **Pretrial Conference:** | **November 29, 2010, 11:00 a.m., Ctrm. 3** |
| **Trial Date:** | **January 18, 2011, 8:30 a.m., Ctrm. 3** |

**IT IS SO ORDERED.**

DATED:  March 30, 2010            /s/ Oliver W. Wanger
                                  **UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com