**WILLIAM J. SMITH #056116**
**SHELLEY G. BRYANT #222925**
**AMANDA B. NEWELL #251160**
**SMITH & BRYANT, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorneys for Plaintiff, KEVIN R. VAN HORN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN R. VAN HORN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GLIDDEN COMPANY, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 1:09-cv-01040-OWW-GSA<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON**<br><br>**Complaint Filed: May 5, 2009** |

   Plaintiff, KEVIN R. VAN HORN, by and through his attorneys of record, and Defendant THE GLIDDEN COMPANY, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: June 9, 2010            SMITH & BRYANT, INC.
/ / /


                                                    _____
                                                    SHELLEY G. BRYANT, Attorney for Plaintiff
                                                    KEVIN VAN HORN

/1/

/ / /

/ /

Dated: June 9, 2010    SEYFARTH SHAW LLP

*/s/ Dana L. Peterson for*

LAURA J. MAECHTLEN, Attorney for Defendant,
THE GLIDDEN COMPANY

### ORDER

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  **June 25, 2010**            **/s/ Oliver W. Wanger**
                    UNITED STATES DISTRICT JUDGE